FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

SEP 21 2023

BY
DEPUTY_____

General Complaint

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

Norman Crittendon
_____

Case Number: 1:23cv357

List the full name of each plaintiff in this action.

VS.

Mark Holmes, Deputy
Sheriff
_____

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.   ATTEMPT TO SECURE COUNSEL:

Please answer the following concerning your attempt to secure counsel.

A.   In the preparation of this suit, I have attempted to secure the aid of an attorney as follows: (circle one)

   1. Employ Counsel
   2. Court - Appointed Counsel
   (3.) Lawyer Referral Service of the State Bar of Texas, P. O. Box 12487, Austin, Texas 78711.

B.   List the name(s) and address(es) of the attorney(s):

Provost Umphrey LLP
490 Park St. #100
Beaumont, Texas 77701

C. Results of the conference with counsel:

Decline to Assist in Civil Rights Law Suit

II. List previous lawsuits:

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action or any other incidents?  ___Yes   _X_ No

B. If your answer to "A" is "yes", describe the lawsuit in the space below. If there is more than one lawsuit, attach a separate piece of paper describing each.

1. Approximate file date of lawsuit: N/A

2. Parties to previous lawsuit(s): N/A

Plaintiff N/A

Defendant

Attach a separate piece of paper for additional plaintiffs or defendants.

3. Identify the court the lawsuit was filed. If federal, name the district. If state, name the county.

N/A

4. Docket number in other court. N/A

5. Name of judge to whom the case was assigned.

N/A

6. Disposition: Was the case dismissed, appealed or still pending?

N/A

7. Approximate date of disposition. _____

III. Parties to this suit:

    A. List the full name and address of each plaintiff:

Pla #1 NORMAN CRITTENDON.
9430 LANDIS DRIVE
BEAUMONT TX 77707

Pla #2 _____

    B. List the full name of each defendant, their official position, place of employment and full mailing address.

Dft #1: Mark Holmes, Deputy Sheriff/Criminal Investigation Division, 1001 Pearl St Suite 103, Beaumont TX 77701

Dft #2: _____

Dft #3 _____

Attach a separate sheet for additional parties.

IV:   Statement of Claim:

State as briefly as possible the fact of your case. Describe how each defendant is involved. Include the names of other persons involved with dates and places. Do not give any legal arguments or cite cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need, attaching additional pages if necessary.

On or after September 21st 2021 Deputy Sheriff Mark Holmes of Jefferson County, Texas Criminal Investigation Division prepared, draft and file a false probable cause affidavit with Jefferson County, Texas District Official(s) against Norman Crittendon plaintiff herein, claiming that the plaintiff has or were holding himself publically as a lawyer. Thereafter plaintiff was indicted in Jefferson County Criminal District Court for the same above mentioned. After approximate 63 consecutive days of incarceration, said indictment was dismissed. As a result of the defendant acts under color outside the scope and function of his employment. The plaintiff paralegal representation/practice was damaged, causing plaintiff to sustain many injuries, including violation of his constitutional rights, particular 42. U.S.C. Sect. 1983-85.

V.  Relief: State Briefly exactly what you want the court to do for you. Make no legal arguments and do not cite cases or statutes. Attach additional pages if necessary.

Enter a Judgment against the Defendant for compensatory, mental and emotional damages, punitive damages, special injuries damages, total in $ 285,000.00 and any other relief the Plaintiff legally entitled to.

Signed this 09/21 day of September, 20 23.

NORMAN CRITTENDON
9430 LANDIS DRIVE
BEAUMONT, TX 77707

I declare (certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on: 09/21/2023

Signature of each plaintiff