| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **EASTERN DISTRICT OF TEXAS** |

NORMAN CRITTENDON, §
§
    Plaintiff, §
§
v. § NO. 1:23-CV-00357-MAC
§
MARK HOLMES, §
§
    Defendants. §
§

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On September 21, 2023, the court referred this case to the Honorable Zack Hawthorn, United States Magistrate Judge, for pretrial management.  On March 6, 2025, Judge Hawthorn issued a Report and Recommendation, which recommended dismissing the case because Plaintiff Norman Crittendon failed to state a claim upon which relief may granted. Doc. No. 17.

The court reviewed Judge Hawthorn's Report and Recommendation along with the record, pleadings, and all available evidence.  The court affirms that Judge Hawthorn's findings of fact and conclusions of law are correct.  The parties have not filed objections to the Report and Recommendation, and the time for doing so has passed.[1]  *See* 28 U.S.C. § 636(b)(1)(C).

---

[1] On March 24, 2025, Crittendon called the Clerk's Office to inform the court that he intended to file a motion for extension of time to file objections to Judge Hawthorn's report, which were due the next day.  Before Crittendon filed his motion, Judge Hawthorn extended the deadline to April 22, 2025.  Doc. No. 19.  Hours later, Crittendon filed a motion requesting an extension deadline of April 20, 2025.  Doc. No. 20.  Although Crittendon was granted two additional days to file his objections, he did not do so.

It is, therefore, **ORDERED** that the Report and Recommendation of the United States Magistrate Judge (Doc. No. 17) is **ADOPTED**. Accordingly, the present action is **DISMISSED WITH PREJUDICE**.

SIGNED at Beaumont, Texas, this 2nd day of May, 2025.

                                           _____
                                           MARCIA A. CRONE
                                           UNITED STATES DISTRICT JUDGE