| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

NORMAN CRITTENDON, §
　　　　　　　　　　　　　　　§
　　　　　Plaintiff, §
　　　　　　　　　　　　　　　§
v. § NO. 1:23-CV-00357-MAC
　　　　　　　　　　　　　　　§
MARK HOLMES, §
　　　　　　　　　　　　　　　§
　　　　　Defendants. §

## FINAL JUDGMENT

The court has adopted the Magistrate Judge's report recommending the dismissal of this case. Accordingly, it is **ORDERED** that Plaintiff Norman Crittendon take nothing, and the case is **DISMISSED WITH PREJUDICE**. The Clerk of Court is directed to close this case, and all pending motions are denied as moot.

SIGNED at Beaumont, Texas, this 2nd day of May, 2025.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE